FILED
2021 Aug-25 PM 02:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LORI AMANDA CRAPPS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | **CIVIL ACTION NO.** |
| | ) | ______________________ |
| **Defendants.** | ) | |

**REQUEST FOR SERVICE BY CERTIFIED MAIL**

Please serve the defendant **Lincoln Life Assurance Company of Boston** by certified mail pursuant to Federal Rules of Civil Procedure 4(e)(1).

M. Clayborn Williams
(ASB-9101-A43M)

**The Martin Law Group,**
**LLC Attorneys for Plaintiff**
P. O. Box 20087
Tuscaloosa, AL 35402-0087
Phone (205) 343-1771
Facsimile (205) 343-1781
clay@erisacase.com