FILED
2021 Aug-30 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Lori Amanda Crapps<br><br>Plaintiff,<br><br>v.<br><br>Lincoln Life Assurance Company of Boston,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>CIVIL ACTION CASE NUMBER:<br>2:21-cv-01165-AMM |

Summons in a Civil Action

To:

Lincoln Life Assurance Company of Boston
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104
NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

M. Clayborn Williams, Esq.
The Martin Law Group, LLC
P.O. Box 20087
Tuscaloosa, AL 35402

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 8/30/21

SHARON N. HARRIS, CLERK

By: [signature]

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203