Crapps v Lincoln Life

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lincoln Life Assurance Company of Boston
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

9590 9402 6555 1028 4172 88

2. Article Number *(Transfer from service label)*

7021 1970 0000 7790 2527

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Kelly Webster ☑ Agent ☐ Addressee

B. Received by *(Printed Name)*
FILED

C. Date of Delivery
9-1-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2021 SEP -7 P 2:38

U.S. DIST... ...T

2:21-CV-1165-AMM

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

FILED
2021 Sep-08 AM 07:55
U.S. DISTRICT COURT
N.D. OF ALABAMA