FILED
2021 Sep-15 PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LORI AMANDA CRAPPS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:21-cv-01165-AMM** |
| | ) | **UNOPPOSED** |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Lincoln Life Assurance Company of Boston ("Lincoln") files this Unopposed Motion for Extension of the Deadline to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on August 25, 2021. The Defendant was served with process on September 1, 2021, and thus must file their Answers or otherwise respond by September 22, 2021.

2. Lincoln requests an extension to respond or answer Plaintiff's Complaint in order to allow the Defendant time to obtain the necessary documents to appropriately respond to the Complaint. As such, Lincoln requests that the

Court enter an order that the Defendant have until and including October 6, 2021, to answer or otherwise respond to Plaintiff's Complaint.

3. The office of the filing Defendant’s national counsel conferred with Plaintiff's counsel, Mr. Clayborn Williams, with regard to the relief requested in this Motion, and Mr. Williams has stated that Plaintiff is not opposed to this Motion.

4. This unopposed motion regarding the deadline for the Defendant to respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

**PRAYER**

Lincoln requests that the Court enter an order that the Defendant in this matter have until and including October 6, 2021, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 15th day of September 2021.

Respectfully submitted,

s/ *Matthew W. Robinett*
MATTHEW W. ROBINETT
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000

1130 22nd Street South
Birmingham, AL  35205
Telephone: (205) 328-6643
Facsimile:   (205) 251-5479
Email: mrobinett@nwkt.com

COUNSEL FOR LINCOLN LIFE
ASSURANCE COMPANY OF BOSTON

**CERTIFICATE OF SERVICE**

I hereby certify that I have on September 15, 2021 served a copy of the foregoing on the following attorneys of record via CM/ECF and/or by placing a copy of same in the U.S. Mail:

M. Clayborn Williams, Esq.
The Martin Law Group, LLC
P.O. Box 20087
Tuscaloosa, AL 35402

/s/Matthew W. Robinett
OF COUNSEL