FILED
2021 Oct-01 PM 04:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| LORI AMANDA CRAPPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:21-CV-01165-AMM |
| LINCOLN LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER AND COUNTERCLAIM

Defendant Lincoln Life Assurance Company of Boston ("Lincoln Life") answers the Complaint filed by Plaintiff Lori Amanda Crapps ("Plaintiff") and Lincoln Life files a counterclaim through its undersigned counsel and alleges as follows:

## FOR A FIRST DEFENSE

1. Lincoln Life admits that this action is brought under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 et seq. Lincoln Life admits that Plaintiff brings this action under 29 U.S.C. § 1132(a) and seeks to recover long term disability benefits from the Baptist Health System, Inc. Long Term Disability Plan (the "LTD Plan"), along with other damages and attorney's fees under 29 U.S.C. § 1132(g), but Lincoln Life denies that Plaintiff is entitled to

any such relief. Lincoln Life admits that Baptist Health System, Inc. ("Baptist Health") sponsored the LTD Plan to provide benefits to participating employees, and that Plaintiff was, at certain times, employed by Baptist Health and that due to such employment, was, at certain times, a participant in the LTD Plan. Lincoln Life denies all remaining allegations contained in Paragraph 1 of the Complaint.

2. Lincoln Life admits that by this action, Plaintiff is seeking recovery of benefits from the LTD Plan under the Policy, but Lincoln Life denies that Plaintiff is entitled to any such relief or recovery. Lincoln Life further admits that benefits from the LTD Plan were insured, at least in part, by the Group Disability Insurance Policy ("Policy") that it issued to Baptist Health, and that it was, at certain times, the claim administrator for Plaintiff's claim for benefits under the Policy that is the subject of the above-styled action. Lincoln Life further admits the Policy includes language pertaining to the definition of "Disability" as applicable to a participant's claim for benefits from the LTD Plan under the Policy, but Lincoln Life refers to the Policy itself as the best evidence of its contents. Lincoln Life further admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 2 of the Complaint.

3. Lincoln Life admits that by this action, Plaintiff is seeking recovery of benefits from the LTD Plan under the Policy, along with other damages, but Lincoln Life denies that Plaintiff is entitled to any such relief or recovery. Lincoln Life specifically denies, however, that Plaintiff is entitled to any remedy or relief against Lincoln Life. Lincoln Life further admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 3 of the Complaint.

4. Lincoln Life admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 4 of the Complaint.

## JURISDICTION

5. Lincoln Life admits that this Court has jurisdiction over this matter, but Lincoln Life specifically denies that the bringing of this action or the recitation of jurisdictional bases gives rise to any inference that Plaintiff is entitled to any

remedy or relief against Lincoln Life. Lincoln Life further admits that by this action, Plaintiff is seeking recovery of disability benefits from an ERISA plan, but Lincoln Life denies that Plaintiff is entitled to any such relief or recovery. Lincoln Life denies all remaining allegations contained in Paragraph 5 of the Complaint.

6. Lincoln Life admits that this Court has jurisdiction over this matter, but specifically denies, however, that the bringing of this action or the recitation of jurisdictional bases gives rise to any inference that Plaintiff is entitled to any remedy or relief against Lincoln Life. Lincoln Life denies all remaining allegations contained in Paragraph 6 of the Complaint.

7. Lincoln Life admits that venue is appropriate in this Court and that Lincoln Life is a lawfully incorporated insurance company that lawfully conducts business in the State of Alabama. Lincoln Life denies all remaining allegations contained in Paragraph 7 of the Complaint.

## PARTIES

8. Lincoln Life admits that Plaintiff was, at certain times, employed by Baptist Health and that due to such employment was, at certain times, a participant in the LTD Plan. Lincoln Life is without sufficient knowledge to either admit or deny Plaintiff's current residence, and accordingly, denies all remaining allegations contained in Paragraph 8 of the Complaint.

9. Lincoln Life admits that it is incorporated in New Hampshire and that it lawfully conducts business in the State of Alabama. Lincoln Life denies all remaining allegations contained in Paragraph 9 of the Complaint.

10. To the extent the allegations contained in Paragraph 10 of the Complaint contain legal conclusions, Lincoln Life is not required to respond. Lincoln Life admits that it was, at certain times, the claim administrator for Plaintiff's claim for benefits from the LTD Plan under the Policy that is the subject of the above-styled action. Lincoln Life denies all remaining allegations contained in Paragraph 10 of the Complaint.

11. Lincoln Life admits that Corporation Service Company, Inc., was, at certain times, its designated agent for service of process in certain states. Lincoln Life denies all remaining allegations contained in Paragraph 11 of the Complaint.

12. Lincoln Life admits that it was, at certain times, the claim administrator for benefits from the LTD Plan under the Policy that is the subject of the above-styled action. Lincoln Life denies all remaining allegations contained in Paragraph 12 of the Complaint.

13. Lincoln Life admits that it was, at certain times, the claim administrator for benefits from the LTD Plan under the Policy that is the subject of the above-styled action. Lincoln Life denies all remaining allegations contained in Paragraph 13 of the Complaint.

14. To the extent the allegations contained in Paragraph 14 of the Complaint contain legal conclusions, Lincoln Life is not required to respond. Lincoln Life admits only that it was, at certain times, the claim administrator for Plaintiff's claim for benefits from the LTD Plan under the Policy that is the subject of the above-styled action. Lincoln Life denies all remaining allegations contained in Paragraph 14 of the Complaint.

**THE PLAN**

15. Lincoln Life admits that benefits from the LTD Plan were, at certain times, insured, at least in part, by the Policy that it issued to Baptist Health. Lincoln Life denies all remaining allegations contained in Paragraph 15 of the Complaint.

16. Lincoln Life admits that Baptist Health sponsored the LTD Plan to provide benefits to participating employees of Baptist Health, and that benefits from the LTD Plan were, at certain times, insured, at least in part, by the Policy that Lincoln Life issued to Baptist Health. Lincoln Life further admits that Plaintiff was, at certain times, employed by Baptist Health and that due to such employment was, at certain times, a participant in the LTD Plan. Lincoln Life denies all remaining allegations contained in Paragraph 16 of the Complaint.

17. Lincoln Life admits that the LTD Plan is an employee welfare benefit plan as defined under ERISA. Lincoln Life further admits that Plaintiff was, at

certain times, a participant in the LTD Plan. Lincoln Life denies all remaining allegations contained in Paragraph 17 of the Complaint.

18. Lincoln Life admits that the Policy that governs Plaintiff's claim for benefits that is the subject of the above-styled action includes language pertaining to the definition of "Disability" and "Disabled" as applicable to a participant's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the Policy itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 18 of the Complaint.

19. Lincoln Life admits that the Policy that governs Plaintiff's claim for benefits that is the subject of the above-styled action includes language pertaining to the definition of "Disability," "Disabled" and "Own Occupation" as applicable to a participant's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the Policy itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 19 of the Complaint.

20. Lincoln Life denies the allegations contained in Paragraph 20 of the Complaint.

21. Lincoln Life admits that Plaintiff was, at certain times, employed by Baptist Health as a Registered Nurse at Princeton Baptist Medical Center in Birmingham, Alabama. Lincoln Life denies all remaining allegations contained in Paragraph 21 of the Complaint.

22. Lincoln Life admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 22 of the Complaint.

23. Lincoln Life admits that Plaintiff was, at certain times, employed by Baptist Health. Lincoln Life is without sufficient knowledge to either admit or deny allegations regarding what Plaintiff "considered to be her life's calling," and accordingly, denies all remaining allegations contained in Paragraph 23 of the Complaint.

24. Lincoln Life admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 24 of the Complaint.

25. Lincoln Life admits that Plaintiff's last day of work at Baptist Health was October 29, 2015. Lincoln Life admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record

regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life admits that Plaintiff submitted a claim for, and at certain times received, benefits from the LTD Plan. Lincoln Life denies all remaining allegations contained in Paragraph 25 of the Complaint.

26. Lincoln Life admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 26 of the Complaint.

27. Lincoln Life admits that Plaintiff submitted a claim for, and at certain times received, benefits from the LTD Plan. Lincoln Life admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 27 of the Complaint.

28. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan,

and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 28 of the Complaint.

29. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 29 of the Complaint.

30. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 30 of the Complaint.

31. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 31 of the Complaint.

32. Lincoln Life admits that Plaintiff submitted a claim for, and at certain times received, benefits from the LTD Plan. Lincoln Life denies all remaining allegations contained in Paragraph 32 of the Complaint.

33. Lincoln Life admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life admits that Plaintiff submitted a claim for, and at certain times received, benefits from the LTD Plan. Lincoln Life denies all remaining allegations contained in Paragraph 33 of the Complaint.

34. Lincoln Life admits certain documents concerning Plaintiff's claim for benefits from the Social Security Administration are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan but Liberty Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 34 of the Complaint.

35. Lincoln Life admits certain documents concerning Plaintiff's claim for benefits from the Social Security Administration are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan but Liberty Life refers to the administrative record itself as the best evidence of its

contents. Lincoln Life denies all remaining allegations contained in Paragraph 35 of the Complaint.

36. Lincoln Life admits that it sent a letter to Plaintiff dated November 18, 2016, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 36 of the Complaint.

37. Lincoln Life admits that it received a letter from Plaintiff dated April 25, 2017, appealing Lincoln Life's decision, along with additional documentation, and Lincoln Life refers to the documents themselves as the best evidence of their contents. Lincoln Life denies all remaining allegations contained in Paragraph 37 of the Complaint.

38. Lincoln Life admits that notes pertaining to nurse reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 38 of the Complaint.

39. Lincoln Life admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents.

Lincoln Life denies all remaining allegations contained in Paragraph 39 of the Complaint.

40. Lincoln Life admits the allegations contained in Paragraph 40 of the Complaint.

41. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 41 of the Complaint.

42. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 42 of the Complaint.

43. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 43 of the Complaint.

44. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 44 of the Complaint.

45. Lincoln Life admits that it sent a letter to Plaintiff dated September 15, 2017, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 45 of the Complaint.

46. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 46 of the Complaint.

47. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 47 of the Complaint.

48. Lincoln Life admits that nurse and physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 48 of the Complaint.

49. Lincoln Life admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 49 of the Complaint.

50. Lincoln Life admits that it sent a letter to Plaintiff dated February 1, 2018, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 50 of the Complaint.

51. Lincoln Life admits that it sent a letter to Plaintiff dated February 1, 2018, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 51 of the Complaint.

52. Lincoln Life admits that it sent a letter to Plaintiff dated February 1, 2018, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 52 of the Complaint.

53. Lincoln Life admits that Plaintiff submitted a claim for, and at certain times received, benefits from the LTD Plan. Lincoln Life admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 53 of the Complaint.

54. Lincoln Life admits that Plaintiff submitted a claim for, and at certain times received, benefits from the LTD Plan. Lincoln Life admits that documents containing medical complaints and treatment of Plaintiff are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 54 of the Complaint.

55. Lincoln Life admits certain documents concerning Plaintiff's claim for benefits from the Social Security Administration are contained in the

administrative record regarding Plaintiff's claim for benefits from the LTD Plan but Liberty Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 55 of the Complaint.

56. Lincoln Life admits certain documents concerning Plaintiff's claim for benefits from the Social Security Administration are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan but Liberty Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 56 of the Complaint.

57. Lincoln Life admits certain documents concerning Plaintiff's claim for benefits from the Social Security Administration are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan but Liberty Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 57 of the Complaint.

58. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its

contents. Lincoln Life denies all remaining allegations contained in Paragraph 58 of the Complaint.

59. Lincoln Life admits that surveillance videos and documentation are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 59 of the Complaint.

60. Lincoln Life admits that surveillance videos and documentation are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 60 of the Complaint.

61. Lincoln Life admits that surveillance videos and documentation are contained in the administrative record regarding Plaintiff's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 61 of the Complaint.

62. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its

contents. Lincoln Life denies all remaining allegations contained in Paragraph 62 of the Complaint.

63. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 63 of the Complaint.

64. Lincoln Life admits that a Transferrable Skills Analysis is contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 64 of the Complaint.

65. Lincoln Life admits that a Transferrable Skills Analysis is contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 65 of the Complaint.

66. Lincoln Life admits that it sent a letter to Plaintiff dated July 24, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents.

Lincoln Life denies all remaining allegations contained in Paragraph 66 of the Complaint.

67. Lincoln Life admits that it sent a letter to Plaintiff dated July 24, 2019, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 67 of the Complaint.

68. Lincoln Life admits that Plaintiff submitted an appeal of Lincoln Life's decision, along with additional documentation, and Lincoln Life refers to the documents themselves as the best evidence of their contents. Lincoln Life denies all remaining allegations contained in Paragraph 68 of the Complaint.

69. Lincoln Life admits that Plaintiff submitted an appeal of Lincoln Life's decision, along with additional documentation, and Lincoln Life refers to the documents themselves as the best evidence of their contents. Lincoln Life denies all remaining allegations contained in Paragraph 69 of the Complaint.

70. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies that it violated any provision of ERISA and denies all remaining allegations contained in Paragraph 70 of the Complaint.

71. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 71 of the Complaint.

72. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 72 of the Complaint.

73. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 73 of the Complaint.

74. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 74 of the Complaint.

75. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 75 of the Complaint.

76. Lincoln Life admits that a Transferrable Skills Analysis is contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 76 of the Complaint.

77. Lincoln Life admits that physician peer reviews are contained in the administrative record regarding Plaintiff's claims for benefits from the LTD Plan, and Lincoln Life refers to the administrative record itself as the best evidence of its contents. Lincoln Life admits that it sent a letter to Plaintiff dated June 12, 2020, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 77 of the Complaint.

78. Lincoln Life admits that it received a letter from Plaintiff dated October 14, 2020, appealing Lincoln Life's decision, along with additional documentation, and Lincoln Life refers to the documents themselves as the best

evidence of their contents. Lincoln Life denies all remaining allegations contained in Paragraph 78 of the Complaint.

79. Lincoln Life admits that it sent a letter to Plaintiff dated January 5, 2021, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 79 of the Complaint.

80. Lincoln Life admits that it sent a letter to Plaintiff dated January 5, 2021, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 80 of the Complaint.

81. Lincoln Life admits that it sent a letter to Plaintiff dated January 5, 2021, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 81 of the Complaint.

82. Lincoln Life admits that it sent a letter to Plaintiff dated January 5, 2021, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 82 of the Complaint.

83. Lincoln Life admits that it sent a letter to Plaintiff dated January 5, 2021, and Lincoln Life refers to the letter itself as the best evidence of its contents.

Lincoln Life denies all remaining allegations contained in Paragraph 83 of the Complaint.

84. Lincoln Life admits that it sent a letter to Plaintiff dated January 5, 2021, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 84 of the Complaint.

85. Lincoln Life denies the allegations contained in Paragraph 85 and 85(a)-85(i) of the Complaint.

86. To the extent that the allegations contained in Paragraph 86 of the Complaint seek to interpret the Policy, Lincoln Life refers to the Policy itself as the best evidence of its contents. Lincoln Life admits that the Policy that governs Plaintiff's claim for benefits that is the subject of the above-styled action includes language pertaining to the definition of "Disability" and "Disabled" as applicable to a participant's claim for benefits from the LTD Plan under the Policy, and Lincoln Life refers to the Policy itself as the best evidence of its contents. Lincoln Life admits that it sent a letter to Plaintiff dated January 5, 2021, and Lincoln Life refers to the letter itself as the best evidence of its contents. Lincoln Life denies all remaining allegations contained in Paragraph 86 of the Complaint.

87. Lincoln Life denies the allegations contained in Paragraph 87 of the Complaint.

88. Lincoln Life denies the allegations contained in Paragraph 88 of the Complaint.

89. Lincoln Life admits that this action is governed by ERISA. Lincoln Life denies all remaining allegations contained in Paragraph 89 of the Complaint.

90. Lincoln Life denies the allegations contained in Paragraph 90 of the Complaint. Lincoln Life denies Plaintiff is entitled to the relief sought in the Prayer of the Complaint, including Paragraphs a-d thereunder.

Unless specifically admitted herein, Lincoln Life denies each and every allegation of the Complaint.

**FOR A SECOND DEFENSE**

55. The claim and appeal determinations in this matter were reasonable and were not arbitrary and capricious or an abuse of discretion under ERISA.

**FOR A THIRD DEFENSE**

56. Some or all of the claims asserted or relief sought by Plaintiff in the Complaint are barred by the doctrines of laches, waiver, estoppel, unclean hands, and/or failure to fulfill conditions precedent under the terms of the applicable plans because of Plaintiff's failure to submit all relevant documents in support of Plaintiff's claim and appeals and/or failure to comply with other plan requirements.

**FOR A FOURTH DEFENSE**

57. Plaintiff's claim for recovery of benefits is subject, in whole or in part, to an offset pursuant to the terms of the document governing the long term

disability plan, resulting from Plaintiff's receipt of benefits from other income, including, but not limited to, income earned by Plaintiff, retirement income received by Plaintiff, and the disability benefits Plaintiff received from the Social Security Administration on Plaintiff's own or Plaintiff's dependent(s)'s behalf.

## FOR A FIFTH DEFENSE

58. Plaintiff has failed to exhaust administrative remedies regarding any specific claims, issues, or rationales that Plaintiff failed to raise in support of Plaintiff's claim or during the administrative review process.

## FOR A SIXTH DEFENSE

59. Based on the appropriateness of the denial and the lack of any improper conduct by Lincoln Life, Lincoln Life requests that the Court order their attorneys' fees and costs pursuant to 29 U.S.C. § 1132(g) of ERISA.

## FOR A SEVENTH DEFENSE

60. Plaintiff's claim against Lincoln Life is barred to the extent that Plaintiff failed to file this action within the applicable legal and/or contractual statute of limitations period.

## FOR AN EIGHTH DEFENSE

61. Plaintiff has failed to state a claim upon which relief can be granted.

## FOR A NINTH DEFENSE

62. To the extent that any of Plaintiff's causes of action asserts state or federal claims that are not based on ERISA, they are preempted by ERISA.

## FOR A TENTH DEFENSE

63. Lincoln Life reserves the right to assert additional defenses.

## COUNTERCLAIM

1. In response to the allegations contained in the Complaint, Lincoln Life asserts a breach of contract counterclaim resulting from Plaintiff's failure to reimburse Lincoln Life in accordance with the terms of the document governing the LTD Plan. Lincoln Life also seeks a constructive trust and other equitable relief under 29 U.S.C. § 1132(a) over any benefits from either Lincoln Life or the Social Security Administration currently in the possession of Plaintiff. Additionally, Lincoln Life seeks recovery from Plaintiff based on unjust enrichment of the Plaintiff by virtue of Plaintiff's retention of benefits from the Social Security Administration that Plaintiff is obligated to repay to Lincoln Life. Plaintiff was awarded retroactive disability benefits from the Social Security Administration. Under the terms of the document governing the LTD Plan, Plaintiff is obligated and specifically agreed to reimburse Lincoln Life for the retroactive amounts Plaintiff received from the Social Security Administration. Plaintiff has failed and refused to make reimbursement to Lincoln Life in breach of the terms of the LTD Plan. Lincoln Life is entitled to recover from Plaintiff as a result of Plaintiff's breach, plus attorneys' fees pursuant to 29 U.S.C. § 1132(a)(1)(B).

WHEREFORE, Lincoln Life prays that the Court enter judgment that Plaintiff recovers nothing by this action; enter judgment in Lincoln Life's favor on its counterclaim; order a constructive trust and/or other equitable relief to secure Lincoln Life's reimbursement of benefits Plaintiff received from Lincoln Life or the Social Security Administration; that Lincoln Life be awarded its attorneys' fees and costs pursuant to 29 U.S.C. § 1132(g); and that Lincoln Life be awarded such other and further relief to which it may show itself entitled.

Dated this 1st day of October 2021.

Respectfully submitted,

/s/ *Iwana Rademaekers*
Iwana Rademaekers, Esq.
Admitted *Pro Hac Vice*
Texas Bar No. 16452560
Attorney for Defendant
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

AND

Matthew W. Robinett
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000

1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 1st day of October 2021, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

M. Clayborn Williams, Esq.
Email: clay@erisacase.com

s/ *Iwana Rademaekers*
Iwana Rademaekers