FILED
2022 Jan-03 AM 09:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LORI AMANDA CRAPPS,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.** |
| | ) | **2:21-cv-01165-AMM** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

**ORDER OF DISMISSAL**

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before March 4, 2022 that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 3rd day of January, 2022.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE